No. 92–124. DCP FARMS ET AL. *v.* SECRETARY OF AGRICULTURE ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–144. LOCAL 1814, INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO *v.* NEW YORK SHIPPING ASSN., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–150. CALHOON, COMMISSIONER OF THE DEPARTMENT OF LABOR OF OKLAHOMA, ET AL. *v.* NATIONAL ELEVATOR INDUSTRY, INC. C. A. 10th Cir. Certiorari denied.

No. 92–165. RUSSELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–194. TUCKER ET AL. *v.* UNITED STATES DEPARTMENT OF COMMERCE ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–210. DUPNIK ET AL. *v.* COOPER ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–214. CURATORS, UNIVERSITY OF MISSOURI *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 8th Cir. Certiorari denied.

No. 92–220. BANKS *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–231. COMMUNITIES, INC., ET AL. *v.* BUSEY, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–232. T. F. ET AL. *v.* H. F. ET AL. Sup. Ct. Wis. Certiorari denied.

No. 92–263. ESSEX ELECTRO ENGINEERS, INC. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 92–313. HOFFER ET AL. *v.* CITY OF SEATTLE ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–386. FISHER *v.* NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, TAX APPEALS TRIBUNAL, ET